UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA NAVAS; HACKENSACK
RIVERKEEPER, INC.; WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A AlliedSignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED REALTY OF UNION CITY,
INC.; W.R. GRACE & CO; ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60 PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property, LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60 Property, LLC
                                        Appellants in No. 11-3813

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK; STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY UNIVERSITY;
JERRAMIAH T. HEALY;

OREN DABNEY, In his official capacity as Director of Jersey City Incinerator Authority; JOHN YURCHAK, In his official capacity as Director of Jersey City Department of Public Works; DANIEL BECHT, Executive Director of Jersey City Municipal Utilities Authority; BAYONNE MUNICIPAL UTILITIES AUTHORITY; CARLOS M. HERNANDEZ, In his official capacity as President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property, LLC, Kellogg Street/440 Property, LLC, Kellogg Street 60 Property, LLC,

Appellants in 11-3814

_____

On Appeal from the United States District Court
for the District of New Jersey
(Civil Action Nos. 2-95-cv-02097 & 2-05-cv-05955)
District Judge: Honorable Dennis M. Cavanaugh

_____

**O R D E R**

It is  O R D E R E D  that the July 8, Opinion is amended to correct the clerical errors referred to in Plaintiffs-Appellees' unopposed motion.  The July 8, 2013, Opinion is amended as follows:

1. On page 1 of the Court's Opinion "Alliedsignal" is corrected to read "AlliedSignal."

2. On page 2 of the Court's Opinion, the docket "No. 11-3913" is corrected to read "No. 11-3813."

3. On page 3 of the Court's Opinion, "2-05-cv-05955" is added to the district court docket number for appeal at No. 11-3814.

For the Court,


/s/ Marcia M. Waldron
Clerk

Dated: July 22, 2013
PDB/CLW/cc: All Counsel of Record